For the Eastern District of Pennsylvania

In re:                                              Bky. No.  1019532
 TARIK   NASIR

                                                    Chapter 13
                                                    12/16/10
                                                    at  09:30 AM
                                                    nix5 – Courtroom #5
Debtor(s)                                           900 Market Street, 2nd Floor
                                                    Philadelphia, Pa. 19107


          CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

   AND NOW, comes William C. Miller, Esquire, Chapter 13 Standing Trustee,
and requests that the above-captioned bankruptcy case be dismissed for the
following reason(s):

 Debtor(s) is/are ineligible to file a Chapter 13 petition because
 debtor(s) has/have not received a briefing from an approved nonprofit
 budget and credit counseling agency in accordance with 11 U.S.C.
 Section 109(h).




       The hearing scheduled by the filing of this motion may be
adjourned from time to time without further notice to interested
parties by announcement of such adjournment in court on the date
scheduled for the hearing or continued hearing.

       WHEREFORE, William C. Miller, Esquire, Chapter 13 Standing Trustee
respectfully requests that the Court, after a hearing, enter an Order in
the form annexed hereto, dismissing this bankruptcy case.

                                    Respectfully submitted,

                                    /S/   William C. Miller
                           _____
                                    William C. Miller, Esquire
                           Chapter 13 Standing Trustee